VERNON A. NELSON, JR., ESQUIRE
Nevada Bar No. 6434
FRANK A. TODDRE II, ESQUIRE
Nevada Bar No. 11474
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. RAINBOW BLVD., SUITE 600
LAS VEGAS, NV 89118
Tel: 702-893-3383
Fax: 702-893-3789
E-Mail: vnelson@lbbslaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESERT PALACE, INC., a Nevada corporation, d/b/a CAESARS PALACE<br><br>Plaintiff,<br><br>v.<br><br>DANIEL KHATCHATURIAN, an individual DOES I through XX,<br>Defendants. | Case No: 2:12-cv-00247-KJD-GWF |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff DESERT PALACE and Defendant DANIEL KHATCHATURIAN, through their respective counsel of record, that the above-captioned action shall be dismissed in its entirety

///

4843-4354-3568.1

1 | with prejudice, each party to bear their own attorneys' fees and costs.

4 | IT IS SO ORDERED this  2nd  day of  October , 2012

_____
KENT DAWSON, U.S. DISTRICT JUDGE

STIPULATION APPROVED AS TO FORM AND CONTENT

DATED this 28 of September 2012          DATED this 27 of September 2012

LEWIS BRISBOIS BISGAARD                    DAVID J. MERRILL, P.C.
& SMITH, LLP

By: _____             By: _____
Vernon A. Nelson Jr. Esq.                  David Merrill, Esq.
Nevada Bar No. 06434                       Nevada Bar No. 6060

*Attorneys for Plaintiff*                  *Attorneys for Defendants*

4843-4354-3568.1                          2